UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1699<br>Case No.: M:05-CV-01699-CRB |
| LEONA MCFARLAND, et al.<br><br>        Plaintiffs,<br>v.<br><br>PFIZER INC., et al.<br><br>        Defendants. | Civil Action No. C-06-0160-CRB<br><br>**ORDER RE STIPULATION TO DISMISS** |

THIS MATTER coming before the Court on Plaintiffs' and Defendants G.D. Searle, LLC (improperly identified in Plaintiffs' Complaint as G.D. Searle and Co.) ("Searle"), Pharmacia Corporation (improperly identified in Plaintiffs' Complaint as Pharmacia, Inc.) ("Pharmacia"), Monsanto Company (now known as Pharmacia Corporation) ("Monsanto"), and Pfizer Inc.'s ("Pfizer") (collectively referred to as the "Manufacturer Defendants"), Stipulation to Dismiss, and the Court having been fully advised on all matters set forth therein, HEREBY ORDERS the dismissal of this matter with prejudice as to Plaintiffs Leona McFarland, Jessie Jones, Stephanie Morgan and Tommy Lee Eckols.

All parties are to bear their own costs. Plaintiffs' counsel shall forward a copy of this Order to all of the Plaintiffs in this matter.

IT IS SO ORDERED:

DATED: __October 27, 2006__



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE