IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-1699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING PLAINTIFFS' CLAIMS** |

*This document relates to:*

| | |
|---|---|
| Paul Kahl | 06-0159 |
| Bennie Henderson | 06-0159 |
| Lula Eckols | 06-0159 |
| Melissa Griffin | 06-0159 |
| Maggie Mae Gross | 06-0159 |
| Jeffrey Dubose | 06-0159 |
| Lue Ella Jones | 06-0159 |
| Dorothy Clark | 06-0159 |
| Freddie Triplett | 06-0159 |
| Joe Lewis Brown | 06-0159 |
| E.Q. Eckford | 06-0159 |
| Dianne H. Baer | 06-0159 |
| Eone Virgil | 06-0159 |
| Antonientte Abram | 06-0160 |
| Sharon Johnson | 06-0160 |

The Court previously ordered the above plaintiffs to show cause why (1) The Gibson Law Firm's motion to withdraw as counsel should not be granted; and (2) each plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. The Court advised that if a plaintiff wished to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, the plaintiff shall appear, either individually or through new counsel, at a hearing at 10:00 a.m. on January 26, 2007 in Courtroom 8, 19th

Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

None of the plaintiffs appeared at the January 26 hearing and none of the plaintiffs has otherwise communicated with the Court. Accordingly, The Gibson Law Firm's motion to withdraw is GRANTED and the claims of the above plaintiffs are DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: January 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE